FILED: December 13, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4514
(1:11-cr-00388-TDS-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

EDWARD WASHINGTON

 Defendant - Appellant

_____

JUDGMENT
_____

 In accordance with the decision of this court, the judgment of the district court is affirmed.

 This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK